1124

part in the consideration or decision of this petition.

No. 99–1480. MRO COMMUNICATIONS, INC. *v.* AT&T CORP. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–1515. MRO COMMUNICATIONS, INC. *v.* AT&T CORP. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–1468. FLORIDA *v.* WILSON. Dist. Ct. App. Fla., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1470. SUBLETT ET AL. *v.* SWOOPES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1564. MAHONEY, WARDEN *v.* GOLLEHON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1502. AMOCO PRODUCTION CO. *v.* LOBO EXPLORATION CO. Ct. Civ. App. Okla. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 99–1591. GOODE, DBA MR. BONES BBQ *v.* CITY OF AUSTIN ET AL. C. A. 5th Cir. Motion of Americans for the Defense of Constitutional Rights for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98–9727. BISBY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 528 U. S. 849;
No. 99–220. DCR, INC., ET AL. *v.* PIERCE COUNTY, *ante,* p. 1053;
No. 99–949. DAHLSTROM *v.* UNITED STATES, *ante,* p. 1036;